UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| LUIGY LOPEZ-DELGADO,  | Case No. 3:23-cv-00412-ART-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| TIM GARRETT, | |
| Respondents. | |

On August 25, 2023, this Court ordered *pro se* Petitioner Luigy Lopez-Delgardo to either pay his $5.00 filing fee or file an *in forma pauperis* ("IFP") application within 45 days. (ECF No. 3.) That 45-day deadline expires on October 10, 2023. Petitioner has filed a motion requesting an extension of time in which he explains that "he has made arrangements to pay the $5 filing fee" but is waiting for the prison officials to issue and mail his check. (ECF No. 6.) The Court finds good cause to grant the motion.

It is therefore ordered that the motion for extension of time (ECF No. 6) is granted. Petitioner Luigy Lopez-Delgardo will have until November 17, 2023, to pay his filing fee.

DATED THIS 17th day of October 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE