UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUIGY LOPEZ-DELGADO,<br><br>　　　　　　　　　Petitioner,<br>　v.<br>TIM GARRETT,<br><br>　　　　　　　　　Respondents. | Case No. 3:23-cv-00412-ART-CLB<br><br>ORDER |

　　　This matter is before this Court on Petitioner Luigy Lopez-Delgado's unopposed motion for an extension of time to file his second-amended petition. (ECF No. 19.) This is Lopez-Delgado's first request for an extension of this deadline. The Court finds good cause exists to grant the motion.

　　　It is therefore ordered that the unopposed motion for extension of time (ECF No. 19) is granted. Petitioner Luigy Lopez-Delgado has until May 30, 2024, to file his second-amended petition.

　　　DATED THIS 3rd day of May 2024.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE