UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUIGY LOPEZ-DELGADO<br><br>　　　　　　　　　Petitioner,<br>v.<br>TIM GARRETT,<br><br>　　　　　　　　　Respondents. | Case No. 3:23-cv-00412-ART-CLB<br><br>ORDER |

　　　This matter is before this Court on Petitioner Luigy Lopez-Delgado's unopposed motion for an extension of time to file his second-amended petition. (ECF No. 21.) This is Lopez-Delgado's second request for an extension of this deadline. The Court finds good cause exists to grant the motion.

　　　It is therefore ordered that the unopposed motion for extension of time (ECF No. 21) is granted. Petitioner Luigy Lopez-Delgado has until June 7, 2024, to file his second-amended petition.

　　　DATED THIS 6th day of June 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE