UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUIGY LOPEZ-DELGADO,<br><br>   Petitioner,<br> v.<br>TIM GARRETT,<br><br>   Respondents. | Case No. 3:23-cv-00412-ART-CLB<br><br>ORDER |

  This matter is before this Court on Respondents' unopposed motion for an extension of time to file their response to Petitioner Luigy Lopez-Delgado's second-amended petition. (ECF No. 24.) This is Respondents' first request for an extension of this deadline. The Court finds good cause exists to grant the motion.

  It is therefore ordered that the unopposed motion for extension of time (ECF No. 24) is granted. Respondents have until October 21, 2024, to file their response to the second-amended petition.

  DATED THIS 8th day of August 2024.

               _____
               ANNE R. TRAUM
               UNITED STATES DISTRICT JUDGE