UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUIGY LOPEZ-DELGADO | Case No. 3:23-cv-00412-ART-CLB |
| Petitioner, | ORDER |
| v. | |
| TIM GARRETT, | |
| Respondents. | |

This matter is before this Court on Respondents' unopposed motion for an extension of time to file their response to Petitioner Luigy Lopez-Delgado's second-amended petition. (ECF No. 26.) This is Respondents' second request for an extension of this deadline. The Court finds good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for extension of time (ECF No. 26) is granted. Respondents have until December 5, 2024, to file their response to the second-amended petition.

Dated this 24th day of October, 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1