UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUIGY LOPEZ-DELGADO | Case No. 3:23-cv-00412-ART-CLB |
| Petitioner, | ORDER |
| v. | |
| TIM GARRETT, | |
| Respondents. | |

This matter is before this Court on Petitioner Luigy Lopez-Delgado's unopposed motion for an extension of time to file his opposition to the motion to dismiss. (ECF No. 32.) This is Petitioner's first request for an extension of this deadline. The Court finds good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for extension of time (ECF No. 32) is granted. Petitioner has until February 3, 2025, to file his opposition to the motion to dismiss.

Dated this 30th day of December 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1