UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUIGY LOPEZ-DELGADO | Case No. 3:23-cv-00412-ART-CLB |
| Petitioner, | ORDER |
| v. | |
| TIM GARRETT, | |
| Respondents. | |

This matter is before this Court on Petitioner Luigy Lopez-Delgado's motion for a 14-day extension of time to file his opposition to the motion to dismiss. (ECF No. 36.) This is Petitioner's third request for an extension of this deadline. The Court finds good cause exists to grant the motion.

It is therefore ordered that the motion for extension of time (ECF No. 36) is granted. Petitioner has until March 19, 2025, to file his opposition to the motion to dismiss.

Dated this 13th day of March 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1