UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUIGY LOPEZ-DELGADO | Case No. 3:23-cv-00412-ART-CLB |
| Petitioner, | ORDER |
| v. | |
| TIM GARRETT, | |
| Respondents. | |

This matter is before this Court on Respondents' unopposed motion for a 7-day extension of time to file their reply in support of their motion to dismiss. (ECF No. 41.) This is Respondents' second request for an extension of this deadline. The Court finds good cause exists to grant the motion.

It is therefore ordered that the motion for extension of time (ECF No. 41) is granted. Respondents have up to and including May 2, 2025, to file their reply.

Dated this 29th day of April 2025.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1