UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUIGY LOPEZ-DELGADO<br><br>　　　　　　　　　Petitioner,<br>v.<br>TIM GARRETT,<br>　　　　　　　　　Respondents. | Case No. 3:23-cv-00412-ART-CLB<br><br>ORDER |

　　　This matter is before this Court on Respondents' unopposed motion for a 60-day extension of time to file their answer to Petitioner Luigy Lopez-Delgado's second-amended petition. (ECF No. 45.) This is Respondents' first request for an extension of this deadline. The Court finds good cause exists to grant the motion.

　　　It is therefore ordered that the motion for extension of time (ECF No. 45) is granted. Respondents have up to and including November 14, 2025, to file their answer.

　　　DATED THIS 16th day of September 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1