UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUIGY LOPEZ-DELGADO,<br><br>           Petitioner,<br>   v.<br>TIM GARRETT,<br><br>           Respondents. | Case No. 3:23-cv-00412-ART-CLB<br><br>ORDER |

This matter is before this Court on Petitioner Luigy Lopez-Delgado's unopposed motion for a 60-day extension of time to file his reply to Respondents' answer to the second-amended petition. (ECF No. 50.) This is Lopez-Delgado's first request for an extension of this deadline. The Court finds good cause exists to grant the motion.

It is therefore ordered that the motion for extension of time (ECF No. 50) is granted. Lopez-Delgado has up to and including February 13, 2026, to file his reply.

DATED THIS 18th day of December 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE