UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUIGY LOPEZ-DELGADO,<br>Petitioner,<br>v.<br>TIM GARRETT, *et al.*,<br>Respondents. | Case No. 3:23-cv-00412-ART-CLB<br>ORDER |

This habeas matter is poised for merits review. Respondents omitted from their state-court record of exhibits a copy of the February 28, 2018, Presentence Investigation Report ("PSI") with the attached psychosexual evaluation. (*See* ECF No. 28-28 at 4.) *See also* Rules Governing Section 2254 Cases, Rule 7; *McDaniels v. Kirkland*, 813 F.3d 770, 773 (9th Cir. 2015) (holding federal habeas courts "may consider the entire state-court record, including evidence that was presented only to the trial court"); *Nasby v. McDaniel*, 853 F.3d 1049, 1052–54 (9th Cir. 2017) (remanding to the district court to consider the entire state court record).

The PSI is "confidential and must not be made a part of any public record." NRS § 176.156(5). Under *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), and its progeny, a compelling need to protect Petitioner's safety, privacy, and/or personal identifying information outweighs the public interest in open access to court records.

It is therefore ordered that Respondents have until **November 11, 2026**, to file, as a sealed exhibit, the Presentence Investigative Report dated February

28, 2018, including the attached psychosexual evaluation, that was submitted for consideration during the state court's sentencing proceedings in this matter.

It is further ordered that Petitioner will have **15 days** after the respondents file the supplemental exhibit to admit or deny the correctness of that exhibit.

DATED THIS 15th day of October, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE