UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUIGY LOPEZ-DELGADO,<br>Petitioner,<br>v.<br>TIM GARRETT, *et al.*,<br>Respondents. | Case No. 3:23-cv-00412-ART-CLB<br>ORDER |

**I. Summary**

Petitioner Luigy Lopez-Delgado has filed a Motion to Voluntarily Dismiss his Second Amended Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254. ECF No. 57. The respondents did not file a response and the time to do so has expired. The Court will grant the motion and dismiss this case.

**II. Background**

In August of 2023, Lopez-Delgado filed a pro se Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254. ECF No. 10. The Court appointed counsel. ECF No. 9. Lopez-Delgado's counsel filed the operative Second Amended Petition. ECF No. 23. The Court denied the respondents' Motion to Dismiss the petition. ECF No. 44. The respondents filed an Answer to the petition and Lopez-Delgado filed a Reply. ECF Nos. 49; 54. Before the Court entered an order on the merits of the petition, Lopez Delgado filed a motion seeking to voluntarily dismiss the petition with accompanying affidavit. ECF Nos. 57; 57-1. In his Declaration, Lopez-Delgado states that he has been released from custody and, after speaking with his counsel, has decided to voluntarily withdraw his petition. ECF No. 57-1 at 2. He states that his decision to dismiss his petition is voluntary, knowing, and intelligent. *Id.*

## III. Discussion

After a respondent has filed a response to a petition, a petition may be dismissed voluntarily at petitioner's request only by order of the Court and "upon such terms and conditions as the court deems proper." *See* Fed. R. Civ. P. 41(a)(2). *See also* Rule 12 of the Rules Governing Habeas Corpus Cases Under Section 2254 (stating that the Federal Rules of Civil Procedure apply to the extent they are not inconsistent with the habeas rules). Based on Lopez-Delgado's representations in his Declaration, the Court finds this action should be dismissed without prejudice and without fees and costs imposed.

## IV. Conclusion

It is therefore ordered that Petitioner's Motion to Voluntarily Dismiss the petition (ECF No. 57) is granted. The Second Amended Petition (ECF No. 23) is dismissed without prejudice and without fees and costs imposed.

It is further ordered that the Clerk of Court enter judgment accordingly and close this case.

DATED THIS 13th day of November, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE